NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRAIG K. CARTER,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-911
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Craig K. Carter, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.